IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

———————————————

No. 01-50406
Conference Calendar

———————————————

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

PEDRO NARANJO-HERNANDEZ,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Western District of Texas
USDC No. EP-00-CR-1551-ALL-H
--------------------
December 11, 2001

Before HIGGINBOTHAM, BARKSDALE, and STEWART, Circuit Judges.

PER CURIAM:[*]

Following a bench trial, Pedro Naranjo-Hernandez, who was previously convicted of an aggravated felony, was convicted of illegally reentering the United States. Naranjo-Hernandez appeals the district court's denial of his pretrial motion to suppress evidence. Naranjo-Hernandez has not shown that the district court erred in denying his motion to suppress. See United States v. Pineda-Chinchilla, 712 F.2d 942, 943 (5th Cir. 1983); United States v. Roque-Villanueva, 175 F.3d 345 (5th Cir. 1999). The judgment of the district court is AFFIRMED.

————————————

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.